# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00591-CV

### In the Best Interest and Protection of R. J. C.

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 37900, HONORABLE GUY HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 22, 2003, R. J. C., pro se, filed a notice of appeal from the judgement of the probate court. He subsequently neither paid for, or made arrangements to pay for the clerk's record. By letter dated February 24, 2004, this Court informed R. J. C. of his failure/refusal to pay the fee due for the record. We requested a response by March 8, 2004, and warned that the failure to respond would result in the dismissal of the appeal for want of prosecution.

Because we have not received any communication from R. J. C. and he has not paid for, or made arrangements to pay for the clerk's record, we dismiss this appeal for want of prosecution on our own initiative. *See* Tex. R. App. P. 37.3(b).

Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed: March 18, 2004